1  DOUGLAS A. LOW (SBN: 54006)
   7450 N. Fresno St.
2  Fresno, CA  93720
   Telephone: (559) 437-0941
3
4  Attorney for Plaintiff

5  JACKSON LEWIS LLP
   CARY G. PALMER (SBN: 186601)
6  BRENDAN J. BEGLEY (SBN; 202563)
   801 K Street, Suite 2300
7  Sacramento, California 95814
   Telephone: (916) 341-0404
8  Facsimile: (916) 341-0141

9  JACKSON LEWIS LLP
   ASHLEY B. ABEL
10 (South Carolina SBN: 10097)
11 (Pro Hac Vice Petition Pending)
   abela@jacksonlewis.com
12 One Liberty Square 55 Beattie Place, Suite 800
   Greenville, South Carolina 29601
13 Telephone: (864) 232-7000
14  Facsimile: (864) 235-1381

15 Attorneys for Defendant
   LIBERTY MUTUAL
16

17              **UNITED STATES DISTRICT COURT**

18      **FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

19 EARL ANTHONY,                          CASE NO. 1:09-cv-02081-LJO-SMS
20                 APPLICANT,
21      v.                               **Stipulation of Partial Dismissal with**
                                         **Prejudice and Stipulation to Remand of**
22 LIBERTY MUTUAL,                       **Remaining Claims; Order**
23                 DEFENDANT.
24                                       **TRIAL DATE: NONE SCHEDULED**
25
26
27
28

Stipulation of Partial Dismissal with Prejudice and Stipulation
to Remand of Remaining Claims; [Proposed] Order          Case No. 1:09-cv-02081-LJO-SMS

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Earl Anthony, by

2 and through his undersigned attorney of record, hereby voluntarily dismisses, with prejudice, the

3 Petition for Increased Benefits per California Labor Code § 132a ("Petition") dated October 23,

4 2009 dated October 23, 2009, against Liberty Mutual Group Inc. ("Defendant"). This dismissal

5 extends to any and all claims for relief under, or which are pre-empted by, ERISA and COBRA,

6 and are based on the same facts upon which said petition is based.  Defendant, by and through its

7 undersigned attorneys of record, hereby consents to Plaintiff's voluntary dismissal, with

8 prejudice, of said Petition and claims.

9    The Parties further stipulate to the remand of all other worker's compensation

10 claims in case numbers WCAB 279544 and 3448114 to the California Workers' Compensation

11 Appeals Board.

12    The Parties shall bear their own attorneys' fees, expenses and costs.

13 **FOR DEFENDANT:**

14 Dated:  January 4, 2010

15    */s/ Brendan J. Begley*
     CARY G. PALMER (SBN: 186601)
16   BRENDAN J. BEGLEY (SBN: 202563)
     JACKSON LEWIS LLP
17   801 K Street, Suite 2300
     Sacramento, California 95814
18   Telephone: (916) 341-0404
     Facsimile: (916) 341-0141
19
     ASHLEY B. ABEL (South Carolina SBN: 10097)
20   (Pro Hac Vice Petition Pending)
     JACKSON LEWIS LLP
21   abela@jacksonlewis.com
     One Liberty Square 55 Beattie Place, Suite 800
22   Greenville, South Carolina 29601
     Telephone: (864) 232-7000
23   Facsimile: (864) 235-1381

24   Attorneys for Defendant
     LIBERTY MUTUAL
25 ///

26 ///

27 ///

28 ///

Stipulation of Partial Dismissal with Prejudice and Stipulation
to Remand of Remaining Claims; [Proposed] Order          Case No. 1:09-cv-02081-LJO-SMS

1  **FOR PLAINTIFF:**

2  Dated:  December 29, 2009

3                                                 */s/ Douglas A. Low (authorized 12/29/09)*
                                                 Douglas A. Low (SBN: 54006)
4                                                 7450 N. Fresno St.
                                                 Fresno, CA  93720
5                                                 Telephone: (559) 437-0941
                                                 Facsimile:  (559) 437-3817

6
                                                 Attorneys for Applicant
7                                                 EARL ANTHONY

8                                                      *****

9                                        **ORDER**

10             Pursuant to the Parties' stipulations above, the Petition for Increased Benefits per

11  California Labor Code § 132a ("Petition") dated October 23, 2009 against Liberty Mutual Group

12  Inc., including any and all claims for relief under, or which are pre-empted by, ERISA and

13  COBRA and which are based on the same facts upon which said petition is based, are dismissed

14  with prejudice. All other worker's compensation claims in case numbers WCAB 279544 and

15  3448114 are remanded to the California Workers' Compensation Appeals Board.

16             IT IS SO ORDERED.

17

18  Dated:__January 7, 2010            ____/s/ Lawrence J. O'Neill_____

19                                     JUDGE OF THE UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

Stipulation of Partial Dismissal with Prejudice and Stipulation
to Remand of Remaining Claims; [Proposed] Order                    Case No. 1:09-cv-02081-LJO-SMS